## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Candella, LLC, and Luminara Worldwide, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Liown Electronics Co. Ltd., Liown Technologies/Beauty Electronics, LLC, Shenzhen Liown Electronics Co. Ltd., Boston Warehouse Trading Corp., Abbott of England (1981), Ltd., <br><br> Defendants. | Case No. 14-cv-3103 (SRN/FLN) <br><br><br> **ORDER** |

Daniel R. Hall, Joseph W. Anthony, Courtland C. Merrill, Anthony Ostlund Baer & Louwagie PA, 90 South 7th Street, Suite 3600, Minneapolis, MN 55402, for Plaintiffs.

Devan V. Padmanabhan, Erin O. Dungan, Nadeem Schwen, Brooks F. Poley, Paul J. Robbennolt, Winthrop & Weinstine, PA, 225 South 6th Street, Suite 3500, Minneapolis, MN 55402, for Defendants.

| | |
|---|---|
| Shenzhen Liown Electronic Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Luminara Worldwide, LLC, Michael O. Shaughnessy, John W. Jacobson, QVC, Inc., Darice, Inc., <br><br> Defendants. | Case No. 14-cv-3112 (SRN/FLN) <br><br><br> **ORDER** |

Devan V. Padmanabhan, Erin O. Dungan, Brooks F. Poley, Paul J. Robbennolt, Winthrop & Weinstine, PA, 225 South 6th Street, Suite 3500, Minneapolis, MN 55402, for Plaintiff.

Daniel R. Hall, Joseph W. Anthony, Courtland C. Merrill, Anthony Ostlund Baer & Louwagie PA, 90 South 7th Street, Suite 3600, Minneapolis, MN 55402, for Defendants.

---

SUSAN RICHARD NELSON, United States District Judge

These matters are before the Court on Defendants' Motions to Dismiss in Candella, LLC et. al. v. Liown Electronics Co. Ltd [Doc. No. 18, 46]; and Defendants' Motions to Dismiss in Shenzhen Liown Electronics Co., Ltd. v. Luminara Worldwide, LLC, et al. [Doc. No. 15, 37].  For the reasons that follow, the Court orders parties in both above-captioned cases to submit additional briefing.

On January 12, 2015, the Court received a letter from Courtland C. Merrill, who represents Candella, LLC, and Luminara Worldwide, LLC in Case No. 14-cv-3103 (SRN/FLN), and Luminara Worldwide, LLC, Michael O. Shaughnessy, John W. Jacobson, QVC, Inc., and Darice, Inc. in Case No. 14-cv-3112 (SRN/FLN).  According to the letter and the supplemental copy of the certificate of merger, Candella, LLC and Luminara Worldwide, LLC have merged under the laws of the State of Delaware.  (See Merrill's Letter at 1, 3 [Doc. No. 83].)  Mr. Merrill stated in his letter that "[i]f the Court would like for the parties to address the effect of the merger on the pending motion[s], [he] would be happy to provide the Court with additional information."  (Id. at 1.)

Accordingly, the Court hereby orders parties in the above-captioned matters to submit briefing to address the effect of the merger, if any, on the pending motions before the Court in Case No. 14-cv-3103 and Case No. 14-cv-3112.  Counsel for Candella, LLC,

2

and Luminara Worldwide, LLC in Case No. 14-cv-3103 (SRN/FLN), and Luminara

Worldwide, LLC, Michael O. Shaughnessy, John W. Jacobson, QVC, Inc., and Darice,

Inc. in Case No. 14-cv-3112 (SRN/FLN), shall submit a single brief of no more than five

(5) pages in length on or before January 28, 2015.  Likewise, counsel for Liown

Electronics Co. Ltd., et al. in Case No. 14-cv-3103 (SRN/FLN), and Shenzhen Liown

Electronic Co., Ltd. in Case No. 14-cv-3112 (SRN/FLN), shall file a single response brief

of no more than five (5) pages in length on or before February 11, 2015.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiffs and Defendants in both above-captioned cases submit supplemental
   briefing, as set forth herein;

   a. The brief by counsel for Candella, LLC, and Luminara Worldwide, LLC in
      Case No. 14-cv-3103 (SRN/FLN), and Luminara Worldwide, LLC,
      Michael O. Shaughnessy, John W. Jacobson, QVC, Inc., and Darice, Inc. in
      Case No. 14-cv-3112 (SRN/FLN) shall be filed no later than January 28,
      2015; and
   b. The response brief by counsel for Liown Electronics Co. Ltd., et al. in Case
      No. 14-cv-3103 (SRN/FLN), and Shenzhen Liown Electronic Co., Ltd. in
      Case No. 14-cv-3112 (SRN/FLN) shall be filed no later than February 11,
      2015.

Dated: January 14, 2015                          s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Court Judge