# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

*Luminara Worldwide, LLC*

                Plaintiff(s)

v.                                                                                                        Case Number: 14:cv-03103-SRN-FLN

*Liown Electronics Co., et al.,*

                Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE EXPERT OPINIONS OF DOUG PATTON DUE TO CLAIMS OF PRIVILEGE**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_X\_ Item Under Seal pursuant to a court order* (Document number of protective order: 115 )

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).