# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Candella, LLC, and Luminara Worldwide, LLC, | No. 14-cv-03103-SRN-FLN |
| Plaintiffs, | |
| v. | |
| Liown Electronics Co. Ltd., Shenzhen Liown Electronics Co. Ltd., Liown Technologies/Beauty Electronics, LLC, Boston Warehouse Trading Corp., and Abbott of England (1981), Ltd., | |
| Defendants. | |
| Shenzhen Liown Electronics Co., Ltd., | No. 14-cv-03112-SRN-FLN |
| Plaintiff, | |
| v. | |
| Luminara Worldwide, LLC, QVC, Inc., Darice, Inc., Michael L. O'Shaughnessy, and John W. Jacobson, | |
| Defendants. | |

**INITIAL DISCLOSURES OF CANDELLA, LLC, LUMINARA WORLDWIDE, LLC, QVC, INC., DARICE, INC., MICHAEL L. O'SHAUGHNESSY, AND JOHN W. JACOBSON**

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Candella, LLC ("Candella") and Luminara Worldwide, LLC ("Luminara"), QVC, Inc., Darice, Inc., Michael L. O'Shaughnessy, and John W. Jacobson (collectively "Disclosing

Parties") make these initial disclosures concerning the following categories of information.

    **(i)** **The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

Based on information reasonably available at this time, the following individuals are likely to have discoverable information that the Disclosing Parties may use to support their claims:

| Witness | Subjects of Information |
| --- | --- |
| Jeffrey C. Abercrombie<br>Luminara Worldwide, LLC<br>10909 Valley View Road<br>Eden Prairie, MN 55344<br>Phone: (952) 250-0406 | Knowledge of Candella's commercialization of the patents-in-suit. Knowledge of Luminara's sales of flameless candles embodying the invention claimed in the patents-in-suit. Knowledge of Defendants' infringing sales of flameless candles. Knowledge of lost flameless candle sales caused by Defendants' infringement. Knowledge of the notice of infringement provided to Defendants regarding the patents-in-suit. |
| Jerry Cain<br>President<br>Luminara Worldwide, LLC<br>10909 Valley View Road<br>Eden Prairie, MN 55344<br>Phone: (952) 836-4782 | Knowledge of Candella's commercialization of patents-in-suit. Knowledge of Luminara's sales of flameless candles embodying the invention claimed in the patents-in-suit. Knowledge of Defendants' infringing sales of flameless candles. Knowledge of lost flameless candle sales caused by Defendants' infringement. Knowledge of the notice of infringement provided to Defendants regarding the patents-in-suit. |
| Dale Dykema<br>Candella, LLC<br>3050 Pullman St.<br>Costa Mesa, CA 92626<br>Phone: (714) 480-5406 | Knowledge of Candella and Luminara's commercialization of the patents-in-suit. Knowledge of Liown's attempts to license Disney's patented technology. |

| Witness | Subjects of Information |
|---|---|
| John W. Jacobson<br>Luminara Worldwide, LLC<br>10909 Valley View Road<br>Eden Prairie, MN 55344<br>Phone: (612) 516-1440 | Knowledge of Candella's commercialization of the patents-in-suit. Knowledge of Luminara's sales of flameless candles embodying the invention claimed in the patents-in-suit. Knowledge of Defendants' infringing sales of flameless candles. Knowledge of lost flameless candle sales caused by Defendants' infringement. Knowledge of the notice of infringement provided to Defendants regarding the patents-in-suit. |
| Michael O'Shaughnessy<br>Luminara Worldwide, LLC<br>10909 Valley View Road<br>Eden Prairie, MN 55344<br>Phone: (612) 669-7708 | Knowledge of Candella and Luminara's commercialization of the patents-in-suit. Knowledge of Liown's attempts to license Disney's patented technology. |
| Doug Patton<br>Patton Design Inc.<br>3050 Pullman St.<br>Costa Mesa, CA 92626<br>Phone: (949) 753-1595 | Knowledge of conception of the invention claimed in the patents-in-suit and development of products embodying the invention. Knowledge of Candella's commercialization of the patents-in-suit. |
| Jeff Thompson<br>3050 Pullman St.<br>Costa Mesa, CA 92626 | Knowledge of Candella and Luminara's commercialization and development of flameless candles utilizing the invention claimed in the patents-in-suit. |
| Scott Lucas<br>Costa Mesa, CA 92626 | Knowledge of Candella's commercialization and development of flameless candles utilizing the invention claimed in the patents-in-suit. |
| Jim LaBelle<br>President<br>Forza Design, Inc.<br>Phone: (951) 288-1808 | Knowledge of Candella's commercialization and development of flameless candles utilizing the invention claimed in the patents-in-suit. |
| Adam Andersen<br>24941 Via Larga<br>Laguna Nigel, CA 92677 | Knowledge of Candella's commercialization and development of flameless candles utilizing the invention claimed in the patents-in-suit. |

3

The foregoing persons may only be contacted through counsel at Anthony Ostlund Baer & Louwagie P.A., 90 South Seventh Street, Suite 3600, Minneapolis, Minnesota 55402, Telephone No. (612) 349-6969.

| **Witness** | **Subjects of Information** |
|---|---|
| Representatives of<br>BJ's Wholesale Club, Inc.<br>25 Research Drive<br>Westborough, MA 01581 | Knowledge of BJ's Wholesale's offers for sale and sales of infringing flameless candles manufactured by Liown, and sold under the name "Flameless LED Candle with Linalool Mosquito Repellent, 2-Pk." |
| Verne and Britney Bliss<br>Dugan-Bliss & Associates, Inc.<br>230 Spring St.<br>Atlanta, GA 30303<br>Phone: (404) 659-2467 | Knowledge of the notice provided to Boston Warehouse that flameless candle sold under the name "Forever Flame" infringed the patents-in-suit. |
| Don Dugan<br>Dugan-Bliss & Associates, Inc.<br>230 Spring St.<br>Atlanta, GA 30303<br>Phone: (404) 659-2467 | Knowledge of the notice provided to Boston Warehouse that flameless candle sold under the name "Forever Flame" infringed the patents-in-suit. |
| Bobbi Gottlieb<br>CEO<br>Two's Company, Inc.<br>500 Saw Mill River Road<br>Elmsford, NY 10523<br>Phone: (800) 896-7266 | Knowledge of Two's Company's offers for sale and sales of infringing flameless candles under the name "Dazzler™," and notice of the patents-in-suit. |
| Chuck Hoffman<br>Chief Operating Officer<br>Boston Warehouse Trading Corp.<br>59 Davis Avenue<br>Norwood, MA 02062<br>Phone: (781) 352-1802 | Knowledge of Boston Warehouse Trading Corp.'s offers for sale and sales of infringing flameless candles manufactured by Liown, and sold under the name "Forever Flame." Knowledge of the notice provided to Boston Warehouse that "Forever Flame" candles infringed the patents-in-suit. |

| Witness | Subjects of Information |
|---|---|
| Nancy Keeler<br>Buyer<br>Bachman's Inc.<br>6010 Lyndale Avenue South<br>Minneapolis, MN 55419 | Knowledge of Bachman's, Inc.'s offers for sale and sales of infringing flameless candles purchased from Two's Company, and sold under the name "Dazzler". Bachman's, Inc.'s notice of the patents-in-suit. |
| Josh Kutzler<br>Smart Candle LLC and<br>Liown Electronics Co. Ltd.<br>1701 W. 94th Street #100<br>Bloomington, MN 55431 | Knowledge of the relationship between Liown and Smart Candle. Knowledge of Liown's activities in the U.S. Knowledge of Liown's attempts to license the patents-in-suit. |
| Stuart T. Langley<br>The Walt Disney Company<br>Corporate Patents<br>500 South Buena Vista Street<br>Burbank, CA 91521<br>Phone: (818) 560-8452 | Knowledge of the license agreement between Candella and Disney" regarding the patents-in-suit. Knowledge of Liown's attempts to obtain a license to the patents-in-suit from Disney. Knowledge of prosecution of the patents-in-suit before the United States Patent Office. |
| Kent Lembke<br>Marsh Fischmann and Breyfogle LLP<br>1881 9th St., Suite 335<br>Boulder, CO 80302<br>Phone: (720) 562-5507 | Knowledge of prosecution of the patents-in-suit before the United States Patent Office. |
| Xiaofeng "Mike" Li<br>Liown Electronics Co. Ltd.<br>No. 7 Gongye 3rd Road<br>Nashan District<br>Shenzhen, Guangdong, China<br>Phone: 86-755-8627-1000 | Knowledge of Liown's development of an infringing flameless candle and copying of the invention claimed in the patents-in-suit. Knowledge of Liown's acts of offering for sale, selling, and importing into the U.S. infringing flameless candles, and inducing multiple other parties' acts of infringement. Liown's notice of the patents-in-suit. Liown's attempts to license the patents-in-suit. Knowledge of Liown's attempts to patent the invention claimed in the patents-in-suit. |

| Witness | Subjects of Information |
|---|---|
| Kathy Phillips<br>CEO<br>Primitives By Kathy, Inc.<br>1817 William Penn Way<br>Lancaster, PA 17601<br>Phone: (866) 295-2849 | Knowledge of Primitives By Kathy, Inc.'s ("PBK") offers for sale and sales of infringing flameless candles under the name "Flameless Pillar" and "Flicker Flames." PBK's purchase of infringing flameless candles from Liown. PBK's notice of the patents-in-suit. |
| Lesli Rauch<br>Director of Merchandising<br>Director of Visual Merchandising<br>Gifts and Garden Hardgoods<br>Bachman's Inc.<br>6010 Lyndale Avenue South<br>Minneapolis, MN 55419<br>Phone: (612) 861-7769 | Knowledge of Bachman's, Inc.'s offers for sale and sales of infringing flameless candles purchased from Two's Company, and sold under the name "Dazzler". Bachman's, Inc.'s notice of the patents-in-suit. |
| Gary Schnuckle<br>The Walt Disney Company<br>500 South Buena Vista Street<br>Burbank, CA 91521<br>Phone: (626) 676-9616 | Knowledge of the conception of the invention claimed patents-in-suit. Knowledge of Candella's commercialization of patents-in-suit. |
| Sarah Lanctot<br>Buyer of Seasonal Gifts and Gourmet Food<br>Von Maur, Inc.<br>6565 Brady Street<br>Davenport, IA 52806<br>Phone: (563) 388-2769 | Knowledge of Von Maur, Inc.'s offers for sale and sales of infringing flameless candles manufactured by Liown, and sold under the name "Forever Flame". Von Maur, Inc.'s notice of the patents-in-suit. |
| Sara Whitfield<br>Zulily, Inc.<br>2200 First Avenue South<br>Seattle, WA 98134<br>Phone: (206) 724-0500, ext. 780 | Knowledge of Zulily, Inc.'s offers for sale and sales of infringing flameless candles manufactured by Liown, and sold under the name "Forever Flame". Zulily's actual and constructive notice of the patents-in-suit. |

| Witness | Subjects of Information |
|---|---|
| Johnny Yang<br>CEO<br>Liown Electronics Co. Ltd.<br>No. 7 Gongye 3rd Road<br>Nashan District<br>Shenzhen, Guangdong, China<br>Phone: 86-755-8627-1000 | Knowledge of Liown's development of an infringing flameless candle and copying of the invention claimed in the patents-in-suit. Liown's offering for sale, selling, and importing into the U.S. infringing flameless candles and inducing multiple other parties' acts of infringement. Liown's notice of the patents-in-suit; Liown's attempts to license the patents-in-suit. |
| Paul Elson<br>The Light Garden, Inc.<br>1205 Avenida Chelsea<br>Vista, CA 92081<br>Phone: (760) 598-1200 | Knowledge of Luminara's sales of flameless candles embodying the invention claimed in the patents-in-suit. Knowledge of Defendants' infringing sales of flameless candles. Knowledge of lost flameless candle sales caused by Defendants' infringement. |
| James Wenz<br>GKI Bethlehem Lights<br>800 John Quincy Adams Road<br>Taunton, MA 02780<br>Phone: (630) 445-5601 | Knowledge of Luminara's sales of flameless candles embodying the invention claimed in the patents-in-suit. Knowledge of Defendants' infringing sales of flameless candles. Knowledge of lost flameless candle sales caused by Defendants' infringement. |
| John Stanley<br>GKI Bethlehem Lights<br>800 John Quincy Adams Road<br>Taunton, MA 02780<br>Phone: (630) 445-5601 | Knowledge of Luminara's sales of flameless candles embodying the invention claimed in the patents-in-suit. Knowledge of Defendants' infringing sales of flameless candles. Knowledge of lost flameless candle sales caused by Defendants' infringement. |
| Matt Kowalec<br>Enchanted Lighting, Inc.<br>621 North Azusa, #200<br>Azusa, CA 91702 | Knowledge of Liown's development of an infringing flameless candle and copying of the invention claimed in the patents-in-suit. Liown's offering for sale, selling, and importing into the U.S. infringing flameless candles and inducing multiple other parties' acts of infringement. Liown's notice of the patents-in-suit; Liown's attempts to license the patents-in-suit. |

| Witness | Subjects of Information |
|---|---|
| Brett Moody<br>Liown Technologies/Beauty Electronics, LLC<br>19800 MacArthur Blvd, #300<br>Irvine, CA 92612 | Knowledge of Liown's development of an infringing flameless candle and copying of the invention claimed in the patents-in-suit. Liown's offering for sale, selling, and importing into the U.S. infringing flameless candles and inducing multiple other parties' acts of infringement. Liown's notice of the patents-in-suit; Liown's attempts to license the patents-in-suit. |
| Alan Rushing<br>Liown Technologies/Beauty Electronics, LLC<br>19800 MacArthur Blvd, #300<br>Irvine, CA 92612 | Knowledge of Liown's development of an infringing flameless candle and copying of the invention claimed in the patents-in-suit. Liown's offering for sale, selling, and importing into the U.S. infringing flameless candles and inducing multiple other parties' acts of infringement. Liown's notice of the patents-in-suit; Liown's attempts to license the patents-in-suit. |
| Meredith Bjork<br>Tuesday Morning Partners, Ltd.<br>Senior Vice President - General Counsel & Corporate Secretary<br>6250 LBJ Freeway<br>Dallas, TX 75240 | Knowledge of Tuesday Morning's offers for sale and sales of infringing flameless candles manufactured by Liown, and sold under the name "Illuminaires Flameless Moving Wick Candles". Tuesday Morning's notice of the patents-in-suit. |
| Hector Chin<br>The Light Garden, Inc.<br>1205 Avenida Chelsea<br>Vista, CA 92081<br>Phone: (760) 598-1200 | Knowledge of Luminara's sales of flameless candles embodying the invention claimed in the patents-in-suit. Knowledge of Defendants' infringing sales of flameless candles. Knowledge of lost flameless candle sales caused by Defendants' infringement. |
| Mr. David Knopfler<br>Ambient Lighting Inc.<br>d/b/a Lights.com<br>1202 Avenue J, 2nd Floor<br>Brooklyn, NY 11230 | Knowledge of Ambient Lighting's offers for sale and sales of infringing flameless candles manufactured by Liown, and sold under the names "Moving Flame Flat Top Flameless 5" Pillar Candle" and "Mystique". Ambient Lighting's notice of the patents-in-suit. |

| **Witness** | **Subjects of Information** |
|---|---|
| Jody Abbott<br>General Manager<br>Abbot of England 1981 Ltd.<br>545 Tretheway Dr.<br>Toronto, ON M6M 2J4<br>Canada | Knowledge of Abbot of England's offers for sale and sales of infringing flameless candles manufactured by Liown, and sold under the name "Reallite". Abbot of England's notice of the patents-in-suit. |

Disclosing Parties' investigation of its claims is incomplete and ongoing. Plaintiffs have not been provided access to discoverable information in the possession of Defendants. Additional individuals may be disclosed as discovery proceeds. Disclosing Parties reserve the right to identify other persons having knowledge of discoverable information.

    (ii)    **A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

Disclosing Parties have documents in their possession, custody, or control located in Minneapolis, Minnesota at the offices of its legal counsel. Those documents include the following:

1. The patents-in-suit.

2. The file histories of the patents-in-suit.

3. Samples of some of Defendants' infringing flameless candles.

4. Documents evidencing Defendants' infringement activities.

Disclosing Parties reserve the right to identify other documents which tend to support its claims as discovery proceeds.

    (iii)    **A computation of each category of damages claimed by the disclosing party – who must make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

Disclosing Parties have not been provided access to discoverable information in the possession of Defendants concerning infringing sales in the United States. Accordingly, Disclosing Parties' computation of damages is incomplete. Candella and Luminara hereby state that they seek damages concerning the following categories:

    1.    Direct and consequential losses as a result of Defendants' infringement, including lost profits and price erosion, in an amount to be determined at trial;

    2.    A reasonable royalty for Defendants' use of the invention claimed in the patent-in-suit;

    3.    Prejudgment interest;

    4.    Enhanced and exemplary damages allowed by law; and

    5.    Costs of this action and reasonable attorney's fees in an amount to be determined at trial.

    (iv)    **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

Disclosing Parties are unaware of any such documents.

\*   \*   \*

The above disclosures are subject to additional or different information and additional documents that future investigation may disclose. Pursuant to Rule 26(e) of

the Federal Rules of Civil Procedure, Disclosing Parties reserve the right to add to, supplement and correct the disclosures made herein. Disclosing Parties are still in the process of reviewing and investigating its claims. Therefore, all individuals likely to have discoverable information and all relevant documents may not have been identified at this early stage of litigation. Disclosing Parties will supplement these disclosures as appropriate. Disclosing Parties decline to disclose matters protected by the attorney-client privilege or protected by the work product doctrine.

ANTHONY OSTLUND BAER
& LOUWAGIE P.A.

Dated: December 31, 2014      By: _____
Joseph W. Anthony (#2872)
Courtland C. Merrill (#311984)
Daniel R. Hall (#392757)
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
Email: janthony@aoblaw.com
Email: cmerrill@aoblaw.com
Email: dhall@aoblaw.com

*Attorneys for Candella, LLC,
Luminara Worldwide, LLC,
QVC, Inc., Darice, Inc., Michael L.
O'Shaughnessy, and John W. Jacobson*