UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Luminara Worldwide, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>Liown Electronics Co. Ltd., Shenzhen Liown Electronics Co. Ltd., Liown Technologies/Beauty Electronics, LLC, Boston Warehouse Trading Corp., Abbott of England (1981), Ltd., BJ's Wholesale Club, Inc., Von Maur, Inc., Zulily, Inc., Smart Candle, LLC, Tuesday Morning Corp., Ambient Lighting, Inc., The Light Garden, Inc., and Central Garden & Pet Co.,<br>   Defendants.<br><br>Shenzhen Liown Electronics Co. Ltd. , Liown Technologies/Beauty Electronics, LLC, and Central Garden & Pet Co.,<br><br>   Counterclaim Plaintiffs,<br><br>v.<br><br>Luminara Worldwide, LLC, QVC, Inc., Darice, Inc., Bed Bath & Beyond, Inc., Williams-Sonoma Stores, Inc., PC Treasures, Inc., and Brookstone Stores, Inc.,<br><br>   Counterclaim Defendants. | NO. 14-cv-03103-SRN-FLN<br><br><br><br><br><br>**DECLARATION OF DOUG PATTON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

  I, Doug Patton, hereby declare as follows:

1. This declaration is submitted in support of Plaintiffs' Motion for Preliminary Injunction. This declaration is made on my own personal knowledge.

2. I am one of the founding members of Candella, LLC ("Candella"). I am a consultant to Plaintiff Luminara Worldwide, LLC ("Luminara"). I am the CEO of Patton Design, an industrial design company in Orange County, California. I hold a Bachelor of Science in Industrial Design. I have over 30 years' experience in the design of products. I have created over 200 products in multiple product categories. I am a named inventor of multiple patents.

3. I am familiar with the Artificial Flame Technology licensed by Luminara from Disney Enterprises, Inc. ("Disney"). I am a co-inventor of U.S. Patent Nos. 8,070,319; 8,534,869; and 8,696,166 ("collectively the "patents-in-suit" or "the Disney patents"), each of which is a part of the Artificial Flame Technology. I am currently working as a consultant to Luminara regarding development and commercializing of products using the licensed Artificial Flame Technology.

4. I have examined the moving flameless candle manufactured by Liown and sold in the United States. I have also reviewed the Court's Claim Construction Order of February 22, 2016. Liown's flameless candles unquestionably infringe claims 16-19, 22-23, 26 and 27 of U.S. Patent No. 7,837,355 and claims 17, and 18 of U.S. Patent No. 8,070,319 as explained in detail in Attachments A and B to this declaration.

I state under penalty of perjury that the foregoing is true and correct.

Dated:  April 4, 2016                              *s/ Doug Patton*
                                                   Doug Patton

2